# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

STANLEY JAMES BRUMFIELD

NO. 2022 KW 0557

**JULY 18, 2022**

---

In Re:   Stanley James Brumfield, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 713,585.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

GH
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT